**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ADAM REESE DRILON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00122- |
| | § | SDJ-AGD |
| UNITED STATES DEPARTMENT | § | |
| OF VETERANS AFFAIRS, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 19, 2026, the Report of the Magistrate Judge, (Dkt. #22), was entered containing proposed findings of fact and recommendation that Plaintiff's "Emergency Motion and Brief for Temporary Restraining Order under FRCP Rule 65(b)" (Dkt. #15) be denied.

On February 20, 2026, Plaintiff filed an Affidavit Supporting TRO (Dkt. #23), and on February 22, 2026, Plaintiff filed timely objections to the Report (Dkt. #24). On March 13, 2026, Plaintiff filed a Motion and Brief for Leave to File Supplemental Affidavit in Support of Dkt. 24 Objection to Magistrate Judge[']s Conclusion, Recommendation, and Order Denying Injunctive Relief (Dkt. #29). The Court hereby **GRANTS** Plaintiff's Motion and Brief for Leave to File Supplement (Dkt. #29), and Plaintiff's supplemental affidavit is deemed properly filed.

1

The Court has conducted a de novo review of Plaintiff's affidavit (Dkt. #23), Plaintiff's objections (Dkt. #24), and Plaintiff's supplement (Dkt. #29). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's "Emergency Motion and Brief for Temporary Restraining Order under FRCP Rule 65(b)" (Dkt. #15) is **DENIED**.

**So ORDERED and SIGNED this 2nd day of April, 2026.**

_____

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2